PHILANDER V. SAUNDERS, RESPONDENT *v*. SOUTHERN PACIFIC COMPANY, APPELLANT.

Submitted at same time and on same state of facts as case of *Nelson* v. *Southern Pacific Company*, decided at the present term. The opinion in that case is decisive of this.

Appeal from the District Court, Weber county, Hon. H. H. Rolapp, *Judge*.

Action by plaintiff against defendant for damages for personal injuries received through the negligence of defendant. From a judgment for plaintiff, defendant appeals. *Affirmed*.

( NOTE ).   This case, being decided practically on the same state of facts as the case of *Nelson* v. *Southern Pacific*, 18 Utah 244, and the briefs being the same in both cases, for briefs in this case reference is made to the case of *Nelson* v. *Southern Pacific*, *supra*.

EDITOR.

( Decided December 7, 1898. )

ZANE, C. J.

The plaintiff was with the late Charles A. Nelson when killed, for whose death a recovery was had in the case of Alfred H. Nelson, Admr., against this defendant. The two cases were submitted at the same time.

The evidence in this record establishes that the plaintiff Saunders was upon the train under the same contract the deceased Nelson was; that they were struck and injured at the same time by the same snow shed.

We hold that the opinion in that case should control the decision in this. The judgment is affirmed, with costs.

Cherry, *District Judge* concurred.

Bartch, J., dissenting.